UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00138-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  SALOMON VASQUEZ-JIMENEZ,
2.  JOSE CRUZ-MORALES,

        Defendants.

_____

**ORDER RESCHEDULING MOTIONS HEARING
TO JUNE 9, 2006 AT 2:00 P.M.**
_____

        The Motions Hearing set for June 7, 2006 is hereby reset to **June 9, 2006 at 2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

        Dated this 30th day of May 2006.

                                              **BY THE COURT:**

                                              *Marcia S. Krieger* (signature)

                                              Marcia S. Krieger
                                              United States District Judge