UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00138-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1. SALOMON VASQUEZ-JIMENEZ**,
2. JOSE CRUZ-MORALES,

        Defendants.

## ORDER RESETTING SENTENCING HEARING

**IT IS ORDERED** that the sentencing hearing set in this matter for **10:45 a.m. on November 20, 2006 is VACATED** and reset to **November 20, 2006 at 2:15 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 13th day of October, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge