**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover            Date:   November 20, 2006
Court Reporter:    Paul Zuckerman
Probation Officer: Elizabeth Oppenheimer
Interpreter:       Cathy Bahr

Criminal Action No. 06-cr-00138-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     Wallace Kleindienst

    Plaintiff,

v.

1.  SALOMON VASQUEZ-JIMENEZ,                  Matthew C. Golla

    Defendant.

---

### SENTENCING MINUTES

---

**2:15 pm.       Court in session**.

Defendant present in custody.

**Change of Plea Hearing on September 5, 2006. Defendant pled guilty to Count 2 of the Indictment. The Court deferred ruling on acceptance of defendant's plea pending the Government's filing of a motion to dismiss.**

The Government makes an oral motion to dismiss Counts 1 and 3 of the Indictment.

**ORDER:**     The Government's oral motion to dismiss Counts 1 and 3 of the Indictment is **GRANTED**. Counts 1 and 3 of the Indictment are Dismissed. Defendant's plea as to Count 2 of the Indictment is accepted.

Parties received and reviewed the presentence report.

The Court inquires whether the parties dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report or the supplemental addendum.

The Court inquires whether the parties contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:** The Defendant's Motion for Downward Departure **(Doc. #48)** is **DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**

Defendant is sentenced as to Count 2 of the Indictment to a term of imprisonment of 27 months.

**SUPERVISED RELEASE:**

Upon release from imprisonment, defendant shall be placed on supervised release for a period of 3 years.

**Conditions of supervised release probation:**

- (X) If he is not deported, within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall comply with the 14 standard conditions adopted by the Court.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) If he is not deported, defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of a DNA sample as directed by the probation officer.

**Special conditions of supervised release:**

- (X) Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**FINE:**

No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**

Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

Sentencing Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:48 pm.** **Court in recess.**

Total Time: 33 minutes
Hearing concluded.